# Court of Appeals
# of the State of Georgia

ATLANTA,  June 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1488. SHAWN DAVERT LOCKHART, JR. v. THE STATE.**

In 2009, Shawn Lockhart, Jr., pled guilty to armed robbery, kidnapping, and possession of a firearm during the commission of a crime, and the trial court imposed a 25-year total sentence. Lockhart filed a motion for leave to file an out-of-time appeal in January 2021, and the trial court dismissed the motion. Lockhart then filed this appeal.

As the Supreme Court recently determined, a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). Lockhart, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to consider Lockhart's motion for out-of-time appeal, and the court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/29/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.